IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| STEPHANIE WILSON, | Case No. 2:21-cv-10355 |
| Plaintiff, | Judge Laurie J. Michelson |
| vs. | **NOTICE OF DISMISSAL** <br> **[FRCP 41(a)]** |
| UAW FORD RETIREMENT PLAN, et al., | Jeremy T. Rodriguez (0081495) <br> jrodriguez@allottafarley.com <br> Allotta \| Farley Co. L.P.A. <br> 2222 Centennial Road <br> Toledo, Ohio 43617 <br> Phone: (419) 535-0075 <br> Facsimile: (419) 535-1935 |
| Defendants. | |
| | Counsel for Plaintiff |

Now comes Plaintiff, by and through her attorneys, and pursuant to the Federal Rules of Civil Procedure 41(a), dismisses her cause of action without prejudice.

Respectfully submitted,

*/s/Jeremy T. Rodriguez*
Jeremy T. Rodriguez (0081495)
jrodriguez@allottafarley.com
Allotta | Farley Co. LPA
2222 Centennial Road
Toledo, Ohio 43617
Phone: (419) 535-0075
Fax: (419) 535-1935

## CERTIFICATION

      I hereby certify that on May 6, 2021, a copy of foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

      */s/Jeremy T. Rodriguez*
Jeremy T. Rodriguez (0081495)
jrodriguez@allottafarley.com
Allotta | Farley Co. LPA
2222 Centennial Road
Toledo, Ohio 43617
Phone: (419) 535-0075
Fax: (419) 535-1935